

FILED
APR -9 2010
UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

# UNITED STATES BANKRUPTCY COURT

# EASTERN DISTRICT OF CALIFORNIA

In re: ) Case No. 09-26167-C-11
)
CHARLES W. SILLER, )
)
)
Debtor(s). )
_____)

**ORDER VACATING ENTRY OF DOCUMENT NO. 212 ON DOCKET**

A review of the docket reflects that the draft Civil Minute Order attached as Exhibit A to this order shows as "entered" on March 23, 2010. The order, however, has never been signed and is not a valid order. Therefore, the entry of the document on the docket is vacated as an administrative error pursuant to Federal Rule of Civil Procedure 60(a).

SO ORDERED.

Dated: April 9, 2010.

_____
UNITED STATES BANKRUPTCY JUDGE

224

FILED
March 22, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
D212

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA
### CIVIL MINUTE ORDER

| | | | |
|---|---|---|---|
| **Case Title:** | Charles W. Siller | **Case No:** | 09-26167 - C - 11 |
| | | **Date:** | 3/10/10 |
| | | **Time:** | 10:00 |

**Matter:**
[191] – Motion/Application For Summary Judgment [DD-2] Filed by Creditors Cotchett, Pitre and McCarthy, Spiller McProud (wlos)
[191] – Motion/Application For Summary Adjudication [DD-2] Filed by Creditors Cotchett, Pitre and McCarthy, Spiller McProud (wlos)
[191] – Motion/Application to Allow the Claim by Cotchett, Pitre and McCarthy and Spiller McProud as a Final Non-Contestable Judgment [DD-2] Filed by Creditors Cotchett, Pitre and McCarthy, Spiller McProud (wlos)

**Judge:** Christopher M. Klein
**Courtroom Deputy:** Teresa Jackson
**Reporter:** Diamond Reporters
**Department:** C

**APPEARANCES for:**
**Movant(s):**
    Creditor – Walter Dahl
**Respondent(s):**
    Debtor(s) Attorney – Randy Michelson
    Creditor – Dennis Hauser; Estela Pino; David Haynes; Howard Nevins
    Party – Samson Elsbernd; Bradley Benbrook; Daniel Egan; David Flemmer
    Party – Andrea Porter

### CIVIL MINUTE ORDER

A decision ~~Findings of fact and conclusions of law~~ having been stated orally on the record and good cause appearing.

IT IS ORDERED that the motion is denied.

# EXHIBIT A

**CERTIFICATE OF SERVICE**

On the date indicated below, I served a true and correct copy(ies) of the attached document by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed and by depositing said envelope in the United States mail or by placing said copy(ies) into an interoffice delivery receptacle located in the Clerk's Office.

Randy Michelson
150 Spear St #1600
San Francisco, CA 94105

Dahl & Dahl
2304 N Street
Sacramento, CA 95816-5716

Dated: 4-9-10

_____
DEPUTY CLERK
Jennifer Jahnsen



FILED
APR - 9 2010
UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA

In re:                                    ) Case No. 09-26167-C-11
                                          )
CHARLES W. SILLER,                        )
                                          )
                                          )
            Debtor(s).                    )
_____)

**ORDER VACATING ENTRY OF DOCUMENT NO. 213 ON DOCKET**

A review of the docket reflects that the draft Civil Minute Order attached as Exhibit A to this order shows as "entered" on March 23, 2010. The order, however, has never been signed and is not a valid order. Therefore, the entry of the document on the docket is vacated as an administrative error pursuant to Federal Rule of Civil Procedure 60(a).

SO ORDERED.

Dated: April 9, 2010.

_____
UNITED STATES BANKRUPTCY JUDGE

225

FILED
March 22, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
D213

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA
### CIVIL MINUTE ORDER

| | | | |
|---|---|---|---|
| **Case Title :** | Charles W. Siller | **Case No :** | 09-26167 - C - 11 |
| | | **Date :** | 3/10/2010 |
| | | **Time :** | 10:00 |

**Matter :** [199] - Cross Motion for Partial Summary Judgment [DD-2] Filed by Debtor Charles W. Siller to be held on 3/10/2010 at 10:00 AM at Sacramento Courtroom 35, Department C. (wlos)

**Judge :** Christopher M. Klein
**Courtroom Deputy :** Teresa Jackson
**Reporter :** Diamond Reporters
**Department :** C

**APPEARANCES for :**
**Movant(s) :**
　Debtor(s) Attorney - Randy Michelson
　Debtor(s) Attorney - Andrea Porter
**Respondent(s) :**
　Creditor - Dennis Hauser; Estela Pino; David Haynes; Walter Dahl; Howard Nevins
　Party - Samson Elsbernd; Bradley Benbrook; Daniel Egan; David Flemmer

## CIVIL MINUTE ORDER

Findings of fact and conclusions of law having been stated orally on the record and good cause appearing.

IT IS ORDERED that the motion is granted.

EXHIBIT A

Case 2:10-cv-00779-KJM   Document 3   Filed 04/09/10   Page 6 of 6

## CERTIFICATE OF SERVICE

On the date indicated below, I served a true and correct copy(ies) of the attached document by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed and by depositing said envelope in the United States mail or by placing said copy(ies) into an interoffice delivery receptacle located in the Clerk's Office.

Randy Michelson
150 Spear St #1600
San Francisco, CA 94105

Dahl & Dahl
2304 N Street
Sacramento, CA 95816-5716

Dated: 4-9-10

_____
DEPUTY CLERK
Jennifer Jahnsen