IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COTCHETT, PITRE & McCARTHY and SPILLER • McPROUD, <br><br>      Appellants, <br>  vs. <br>CHARLES W. SILLER, <br><br>      Appellee, <br>_____/ | No. CIV S-10-779 KJM |
| COTCHETT, PITRE & McCARTHY and SPILLER • McPROUD, <br><br>      Appellants, <br>  vs. <br>CWS ENTERPRISES, Inc., a California Corporation, <br><br>      Appellee, <br>_____/ | No. CIV S-10-0780 KJM |
| SPILLER • McPROUD, <br><br>      Appellant, <br>  vs. <br>CWS ENTERPRISES, Inc., a California Corporation, <br><br>      Appellee, <br>_____/ | No. CIV S-12-142 JAM |

1  CHARLES W. SILLER,
2           Appellant,                              No. CIV S-12-263 JAM
            vs.
3
   SPILLER • McPROUD,                              ORDER
4
            Appellee,
5  _____/

6          Examination of the above-captioned actions reveals that they are related within

7  the meaning of Local Rule 123(a).  Both actions involve Spiller • McProud's claim in these

8  bankruptcy proceedings.  Accordingly, the assignment of these matters to the same judge is

9  likely to effect a substantial savings of judicial effort and is likely to be convenient for the

10 parties.

11         The parties should be aware that relating cases under Rule 123 causes the actions

12 to be assigned to the same judge – it does not consolidate the actions.  Under Rule 123, related

13 cases are generally assigned to the judge and magistrate judge to whom the first filed action was

14 assigned.

15         As a result, it is hereby ORDERED that CIV S-12-142 JAM and CIV S-12-263

16 JAM are reassigned from Judge Mendez to the undersigned.  Henceforth, the caption on

17 documents filed in the reassigned cases shall be shown as: CIV S-12-142 KJM and CIV S-12-

18 263 KJM.

19         It is further ORDERED that the Clerk of the Court make appropriate adjustment

20 in the assignment of civil cases to compensate for this reassignment.

21         IT IS SO ORDERED.

22 DATED: February 9, 2012.

23                                                  _____
24                                                  UNITED STATES DISTRICT JUDGE
25
26

2