1
2
3
4
5
6
7
8            IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10  COTCHETT, PITRE & McCARTHY
    and SPILLER • McPROUD,

11            Appellants,                No. CIV S-10-779 KJM
        vs.
12
    CHARLES W. SILLER,
13
              Appellee,
14  _____/

15  COTCHETT, PITRE & McCARTHY
    and SPILLER • McPROUD,
16
              Appellants,                No. CIV S-10-0780 KJM
17      vs.

18  CWS ENTERPRISES, Inc., a California
    Corporation,
19
              Appellee,
20  _____/

21  SPILLER • McPROUD,

22            Appellant,                 No. CIV S-12-142 JAM
        vs.
23
    CWS ENTERPRISES, Inc., a California
24  Corporation,

25            Appellee,
    _____/
26

1

1  CHARLES W. SILLER,
2            Appellant,                    No. CIV S-12-263 JAM
       vs.
3
   SPILLER • McPROUD,                      ORDER
4
             Appellee,
5  _____/

6          Examination of the above-captioned actions reveals that they are related within
7  the meaning of Local Rule 123(a).  Both actions involve Spiller • McProud's claim in these
8  bankruptcy proceedings.  Accordingly, the assignment of these matters to the same judge is
9  likely to effect a substantial savings of judicial effort and is likely to be convenient for the
10 parties.
11         The parties should be aware that relating cases under Rule 123 causes the actions
12 to be assigned to the same judge – it does not consolidate the actions.  Under Rule 123, related
13 cases are generally assigned to the judge and magistrate judge to whom the first filed action was
14 assigned.
15         As a result, it is hereby ORDERED that CIV S-12-142 JAM and CIV S-12-263
16 JAM are reassigned from Judge Mendez to the undersigned.  Henceforth, the caption on
17 documents filed in the reassigned cases shall be shown as: CIV S-12-142 KJM and CIV S-12-
18 263 KJM.
19         It is further ORDERED that the Clerk of the Court make appropriate adjustment
20 in the assignment of civil cases to compensate for this reassignment.
21         IT IS SO ORDERED.
22 DATED: February 9, 2012.
23
24                                    _____
                                      UNITED STATES DISTRICT JUDGE
25
26

                                            2