IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

COTCHETT, PITRE & McCARTHY
and SPILLER • McPROUD,

      Appellants,        No. CIV S-10-0779 KJM

  vs.

CHARLES W. SILLER,

      Appellee,
_____/

COTCHETT, PITRE & McCARTHY
and SPILLER • McPROUD,

      Appellants,        No. CIV S-10-0780 KJM

  vs.

CWS ENTERPRISES, INC., a California
Corporation,

      Appellee,
_____/

  The parties are directed to notify the court within seven days of the date of this order whether a transcript of the arbitration proceedings exists, *see* ER 225, and if so, how long it will take to lodge the transcript with this court.

DATED: April 2, 2012.

                 _____
                 UNITED STATES DISTRICT JUDGE