UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COTCHETT, PITRE & McCARTHY and SPILLER McPROUD,<br><br>        Appellants,<br><br>  v.<br><br>CHARLES W. SILLER,<br><br>        Appellee. | No. 2:10-cv-00779-KJM |
| COTCHETT, PITRE & McCARTHY and SPILLER McPROUD,<br><br>        Appellants,<br><br>  v.<br><br>CWS ENTERPRISES, INC., a California Corporation,<br><br>        Appellee. | No. 2:10-cv-00780-KJM |
| In re CWS ENTERPRISES, INC. | |

On October 16, 2014, David Flemmer filed a motion to stay Case No. 10-0780 pending appeal. ECF No. 51. On the same day, Charles W. Siller also filed a motion to stay Case

1

1    Nos. 10-0779 and 10-780, joining in Mr. Flemmer's motion.  No. 10-0779, ECF No. 36; No. 10-
2    0780, ECF No. 52.
3            On December 12, 2014, David Flemmer and Spiller McProud filed a stipulation
4    and proposed order to stay in Case No. 12-0142.  ECF No. 47.
5            On December 19, 2014, the court issued an order in Case No. 12-0142 staying the
6    Order and Judgment pending appeal, without the posting of a supersedeas bond, on the conditions
7    of a stipulation listed in that order.  Order Dec. 19, 2014, No. 12-0142, ECF No. 48.
8            The court therefore orders as follows: The motions to stay in Case Nos. 10-0779
9    and 10-0780 are GRANTED; each shall be STAYED pending appeal, without the posting of a
10   supersedeas bond, on the conditions set forth in the Stipulation in Case No. 12-142, ECF No. 48.
11           IT IS SO ORDERED.
12   DATED: February 11, 2015.

_____
UNITED STATES DISTRICT JUDGE